# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **ARTHUR LEE WOODRUFF,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | **Civil Action Number** |
| ) | **1:11-CV-1594-VEH-JEO** |
| **WARDEN CHERYL PRICE and** ) | |
| **THE ATTORNEY GENERAL OF** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
| **Respondents.** ) | |

## MEMORANDUM OPINION

This case involves a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 by petitioner Arthur Lee Woodruff, challenging his guilty-plea convictions of first-degree rape and second-degree rape in the Circuit Court of Calhoun County. (Doc. 1).  After preliminary review, the magistrate judge assigned this case issued a Report and Recommendation finding that the petition was due to be dismissed with prejudice as time-barred.  (Doc. 10).  Woodruff filed a timely objection to the Report and Recommendation, asserting that "[t]he reason of my admittance was due because I didn't have any evidence of proof of the Accuser's age about the time that the allegation occurred.... My attorney advised me that if went [*sic*] to trial and found guilty I could receive more time than what was offered."  (Doc. 11).  Woodruff does not challenge the magistrate judge's determination that his petition was time-barred.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

**DONE** this the 5th day of December, 2011.

**VIRGINIA EMERSON HOPKINS**
United States District Judge